

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

James C. A. Mobley,

    Plaintiff,

v.

The State of Ohio Department
of Rehabilitation and Correction,

    Defendant.

Case No. 2:13–cv–1130

Judge Michael H. Watson

Magistrate Judge Abel

## OPINION AND ORDER

For the reasons outlined in the Court's April 22, 2014 Opinion and Order, ECF No. 45, the Court hereby strikes Plaintiff's motions, ECF Nos. 50, 51, and 52.

The Clerk of Court is DIRECTED not to file future motions in this action. Instead, the Clerk of Court is DIRECTED to send any future motions to the Magistrate Judge assigned to the case to determine whether they should be filed.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT